**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JARREL SUMMAR

    VS                                                           CASE NO.  3:22cv21050-MCR-HTC

BP EXPLORATION & PRODUCTION
INC and BP AMERICA PRODUCTION
COMPANY

**PARTIAL FINAL JUDGMENT**

This action came the Honorable M. Casey Rodgers presiding and a decision has been rendered.

Partial Final Judgment is entered in favor of Defendants BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY and entered against Plaintiff, JARREL SUMMAR, only as to Plaintiff's Later Manifesting Physical Condition claims for Gastroesophageal reflux disease "GERD."

                                                                       JESSICA J. LYUBLANOVITS
                                                                       CLERK OF COURT

June 20, 2023                                  /s/Donna Bajzik
DATE                                               Deputy Clerk: Donna Bajzik