# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to:<br>*JARREL SUMMAR*<br>Case No. 3:22cv21050-MCR-HTC | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

The Court has granted final summary judgment to the BP Defendants in the chronic sinusitis bellwether/test cases, and the Eleventh Circuit has affirmed that decision.  *See In re Deepwater Horizon BELO Cases*, 119 F.4th 937, 940 (11th Cir. 2024); Master Docket, ECF Nos. 744, 750 (corrections).  This case was stayed pending resolution of that appeal, and Plaintiff Summar agreed to be bound by the Eleventh Circuit's decision.  ECF No. 22.  Therefore, consistent with that agreement and the Eleventh Circuit's decision, this case is **DISMISSED with prejudice**, and the Clerk is directed to enter final judgment in favor of the BP Defendants, tax costs against the Plaintiff, and close the file.

**DONE AND ORDERED** this 18th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**