# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JARREL SUMMAR

    VS                                       CASE NO.  3:22-cv-21050-MCR-HTC

BP EXPLORATION & PRODUCTION
INC and BP AMERICA PRODUCTION
COMPANY

## JUDGMENT

This action came the Honorable M. Casey Rodgers presiding and a decision has been rendered.

Final Judgment is entered in favor of Defendants BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY and entered against Plaintiff, JARREL SUMMAR, along with tax costs.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

December 18, 2024               /s/Donna Bajzik
DATE                                   Deputy Clerk: Donna Bajzik